IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY J. SEEKER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 12-1891 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Contrary to the Court's Order dated January 17, 2013, Plaintiff has mailed copies of completed service forms to the undersigned's Chambers, rather than the Clerk's Office. *See* http://www.pawd.uscourts.gov/Pages/clerk.htm (Clerk's Office mailing address is: Clerk of Court, U.S. Courthouse, 700 Grant Street, Pittsburgh, PA 15219). The Court also notes that, consistent with Federal Rule of Civil Procedure 4(i), service forms must be completed not only for the Commissioner of Social Security, but also for the U.S. Attorney's Office for the Western District of Pennsylvania and the Office of the Attorney General of the United States. *See id.* The above information is provided to Plaintiff as a courtesy, and it is not a proper function of this Court to provide legal assistance to Plaintiff (nor will it continue to do so).

Enclosed with this Order are the service forms erroneously mailed to Chambers, along with blank copies of the forms referenced in the January 17th Order. Plaintiff's deadline for complying with the January 17th Order hereby is extended until **February 15, 2013**, and failure to comply may result in a dismissal of this action.

IT IS SO ORDERED.

February 1, 2013                                    s/Cathy Bissoon
                                                    Cathy Bissoon
                                                    United States District Judge

enclosures

cc (via first-class U.S. mail):

Anthony J. Seeker
3324 California Ave.
Pittsburgh, PA 15212